IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
            v.               ) Criminal No. 09-348
                             )
DENNIS CERCONE,              )
       Defendant.            )

## ORDER

AND NOW, this 29th day of September, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered March 8, 2010, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, October 15, 2010 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster         ,C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: Barbara K. Swartz,
    Assistant United States Attorney

    William H. Difenderfer, Esquire
    Difenderfer, Rothman & Haber
    304 Ross Street
    Suite 400
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Probation

    U.S. Pretrial Services